# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA  WITNESS LIST
    Plaintiff,

V.  CRIMINAL NO: 04-104 (CCC)

[2] ESTANISLAO VALENZUELA,
    a.k.a. "Chupa," "Chupacabra,"

[3] EDWIN GONZALEZ,
    Defendants.

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorneys |
|---|---|---|
| Hon. Carmen Consuelo Cerezo | Judith Vargas, AUSA (787) 282-1922 (o) (787) 365-2032 (c) | [2] Ludwig Ortiz-Belaval (787) 725-9449 (O) (787) 366-9149 (C) [3] Luis R. Rivera-Rodriguez (787) 646-7386 (O) (787) 444-1780 (C) |

| Trial Date: | Court Reporter | Court Room Deputy Clerk |
|---|---|---|
| Tuesday, January 18, 2004 | | Gretchen S. Rodriguez |

## WITNESS LIST

| NAMES | POSITION/AGENCY |
|---|---|
| 1. Rafael Mattei | Special Agent / Drug Enforcement Administration |
| 2. Fano Cruz-Santiago | Task Force Agent / Drug Enforcement Administration |
| 3. Jose Ramirez-Baez | civilian witness/cooperating defendant |
| 4. Carlos Hernandez | civilian witness/cooperating defendant |
| 5. Lillian Ortiz | civilian witness |
| 6. Brian Odell | Port Authority Agent |
| 7. Luis Torres | civilian witness |
| | |
| | |
| | |
| | |