IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs

EDWIN GONZALEZ
Defendant

CRIMINAL 04-104CCC

**VERDICT**

We, the jury, find defendant **EDWIN GONZALEZ**

<u>GUILTY</u> in Count One of the Indictment.
(GUILTY/NOT GUILTY)

At San Juan, Puerto Rico, on February 11, 2005.

<u>Redacted    Redacted</u>
Jury Foreperson



## SPECIAL VERDICT FORM
## COUNT ONE (CONSPIRACY)

If you find the defendant **EDWIN GONZALEZ** guilty of the conspiracy charged in Count I, please answer the following question:

(1) Do you unanimously agree, by proof beyond a reasonable doubt, that the quantity of controlled substance which was possessed with intent to distribute as part of the conspiracy was five (5) kilograms or more of cocaine and one (1) kilogram or more of heroin as charged in the Indictment?

    __X__ YES

    _____ NO

At San Juan, Puerto Rico, on February 11, 2005

                                    **Redacted**      **Redacted**

                                          (Jury Foreperson)